UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANNY O. VALLE, | ) | 1:06-CV-01590 OWW SMS HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #5] |
| v. | ) | |
| | ) | ORDER DISMISSING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS |
| DENNIS SMITH, | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT |
| Respondent. | ) | TO ENTER JUDGMENT |
| | ) | |

   Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

   On January 29, 2007, the Magistrate Judge issued a Findings and Recommendation that recommended the petition for writ of habeas corpus be DISMISSED without prejudice for Petitioner's failure to comply with a court order. This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within ten (10) court days of the date of service of the order. Over ten (10) days have passed and no party has filed objections.

   In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de*

1  *novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings
2  and Recommendation is supported by the record and proper analysis.
3       Accordingly, IT IS HEREBY ORDERED that:
4       1. The Findings and Recommendation issued January 29, 2007, is ADOPTED IN FULL;
5       2. The Petition for Writ of Habeas Corpus is DISMISSED without prejudice; and
6       3. The Clerk of the Court is DIRECTED to enter judgment.
7  IT IS SO ORDERED.

**Dated:**   **March 6, 2007**             **/s/ Oliver W. Wanger**
emm0d6                                        UNITED STATES DISTRICT JUDGE